83,870-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 23 2015

Abel Acosta, Clerk

IN THE 39th DISTRICT COURT
OF TARRANT COUNTY, TEXAS

EX PARTE

FINNIS DAVIS II

NO. C-396-010409-1199412-A

## MOTION TO ADD THE INSTRUCTION, PAGE, TO THE ORIGINAL APPLICANT'S APPLICATION FOR WRIT OF HABEAS CORPUS UNDER CODE OF CRIM. PROC. ANN. Art 11.07. AND ADD A COVER PAGE TO THE ORIGINAL MEMORANDUM OF LAW.

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes now Finnis Davis II, Applicant pro.se. and file his motion to add the instruction page to the original writ of Habeas under code of crim. Proc. Ann Art 11.07 and add a cover page to to the original memorandum of law. In support there of would shows:

### I
### JURISDICTION

This Honorable court is invoked with jurisdiction to entertain this motion / Pleading, pursuant to a pending 11.07 habeas corpus now before this court in the above listed cause number, and files this request in good-faith in the interest of Justice.

### PRAYER

WHEREFORE, PREMISES CONSIDERED. Applicant's Pray that

①

this request in this motion Pleading is GRANTED, so that the the Applicant's Application for writ of Habeas Corpus under Tex. Code Crim. Proc. Ann. Art 11.07 will be in full compliance with Tex. Rule App. P. 73.1.

## DECLARATION

I, finnis DAVIS II do declare under Penalty of Perjury that the above fore going stated information is true and correct.

Respectfully submitted

Finnis Davis II

TDCJ Id No. 1779538
Mc Connell Unit
3001 S Emily Dr
Beeville Tx 78102

9-21-15

②

(note)    For the court of Criminal Appeals

I had Purchase a copy of my 11.07 Application and my Memorandum of law from my "District court". Because I sent them my only copy I had when I filed my 11.07 Application and I notices that when my District court sent me my copy they was missing the Prescribed form "Instructions" sheet and my cover page to my Memorandun of law.

I am sending both of these Ideals to you Just in case they Also didn't send them to you when they sent my transmits record to you to ensure that my 11.07 Application will be in full compliants. (PS) When I filed my 11.07 those Ideals were in my Application I don't know what happened to them.

Finnis Davis II
9-21-15

# COURT OF CRIMINAL APPEALS OF TEXAS
## APPLICATION FOR A WRIT OF HABEAS CORPUS
## SEEKING RELIEF FROM FINAL FELONY CONVICTION
## UNDER CODE OF CRIMINAL PROCEDURE, ARTICLE 11.07

### INSTRUCTIONS

1. You must use the complete form, which begins on the following page, to file an application for a writ of habeas corpus seeking relief from a final felony conviction under Article 11.07 of the Code of Criminal Procedure. (This form is not for death-penalty cases, probated sentences which have not been revoked, or misdemeanors.)

2. The district clerk of the county in which you were convicted will make this form available to you, on request, without charge.

3. You must file the entire writ application form, including those sections that do not apply to you. If any pages are missing from the form, or if the questions have been renumbered or omitted, your entire application may be dismissed as non-compliant.

4. You must make a separate application on a separate form for each judgment of conviction you seek relief from. Even if the judgments were entered in the same court on the same day, you must make a separate application for each one.

5. Answer every item that applies to you on the form. Do not attach any additional pages for any item.

6. You must include all grounds for relief on the application form as provided by the instructions under item 17. You must also briefly summarize the facts of your claim on the application form as provided by the instructions under item 17. Each ground shall begin on a new page, and the recitation of the facts supporting the ground shall be no longer than the two pages provided for the claim in the form.

7. Legal citations and arguments may be made in a separate memorandum that complies with Texas Rule of Appellate Procedure 73 and does not exceed 15,000 words if computer-generated or 50 pages if not.

8. You must verify the application by signing either the Oath Before Notary Public or the Inmate's Declaration, which are at the end of this form on pages 11 and 12. You may be prosecuted and convicted for aggravated perjury if you make any false statement of a material fact in this application.

9. When the application is fully completed, mail the original to the district clerk of the county of conviction. Keep a copy of the application for your records.

10. You must notify the district clerk of the county of conviction of any change in address after you have filed your application.

Rev. 01/14/14

No. C-396-010409-1199412-A

IN THE
TEXAS COURT OF CRIMINAL APPEALS

FINNIS DAVIS II - APPLICANT'S

VS

THE 396 DISTRICT COURT OF TARRANT COUNTY

TEXAS

WRIT OF HABEAS CORPUS
PURSUANT TO TEXAS CODE OF CRIMINAL PROCEDURE
ARTICLE 11.01 AND 11.07

MEMORANDUM OF LAW IN SUPPORT OF
ORIGINAL APPLICATION FOR POST CONVICTION

Evidentiary hearing Requested